```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARIA L. REYES
 6
 7
 8
 9                IN THE UNITED STATES DISTRICT COURT
10               FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,     ) Mag. No. 05-224-DAD
                                  )
14              Plaintiff,        )
                                  ) STIPULATION AND ORDER
15       v.                       )
                                  )
16  MARIA L. REYES,               ) Date:  October 26, 2005
                                  ) Time:  9:00 a.m.
17              Defendant.        ) Judge: Hon. Dale A. Drozd
                                  )
18  _____ )
19
20      IT IS HEREBY STIPULATED and agreed to between the United States of
21  America through MATTHEW C. STEGMAN, Assistant United States Attorney,
22  and defendant, MARIA L. REYES, by and through her counsel, LIVIA R.
23  MORALES, Staff Attorney, that the court trial set for October 5, 2006,
24  be rescheduled for October 26, 2005, at 9:00 a.m.
25  / / /
26  / / /
27  / / /
28  / / /
```

Case 2:05-mj-00224-DAD   Document 6   Filed 09/23/05   Page 2 of 2

1    This continuance is being requested because defense counsel
2 needs more time to investigate and prepare.
3 Dated:  September 22, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

                                        /s/ Livia R. Morales
                                        _____
                                        LIVIA R. MORALES
                                        Staff Attorney
                                        Attorney for Defendant
                                        MARIA L. REYES

Dated:  September 22, 2005
                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/  Livia R. Morales for
                                        _____
                                        MATTHEW C. STEGMAN
                                        Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: September 22, 2005.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/reyes0224.stipord

2