```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARIA L. REYES
 6

 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) Mag. No. 05-224-DAD
                                 )
14              Plaintiff,       )
                                 ) STIPULATION AND ORDER
15       v.                      )
                                 )
16  MARIA L. REYES,              ) Date: December 7, 2005
                                 ) Time: 9:00 a.m.
17              Defendant.       ) Judge: Hon. Dale A. Drozd
                                 )
18  _____)

19

20       IT IS HEREBY STIPULATED and agreed to between the United States of

21  America through MATTHEW C. STEGMAN, Assistant United States Attorney,

22  and defendant, MARIA L. REYES, by and through her counsel, LIVIA R.

23  MORALES, Staff Attorney, that the court trial set for October 26, 2006,

24  be rescheduled for December 7, 2005, at 9:00 a.m.

25  / / /

26  / / /

27  / / /

28  / / /
```

This continuance is being requested because defense counsel needs more time to investigate and prepare.

Dated:  October 21, 2005

                                      Respectfully submitted,

                                      QUIN DENVIR
                                      Federal Defender

                                            /s/ Livia Morales
                                    _____
                                    LIVIA R. MORALES
                                    Staff Attorney
                                    Attorney for Defendant
                                    MARIA L. REYES

Dated:  October 21, 2005

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew C. Stegman
                                    _____
                                    MATTHEW C. STEGMAN
                                    Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: October 21, 2005.

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/reyes0224.ord